# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:07-cr-0014-JCM-RJJ |
| vs ) | |
| ) | |
| RENE OSWALD COBAR, ) | |
| Defendant,. ) | **ORDER** |

Presently before the court is the government's unopposed motion to enlarge time to file a response to the defendant's motion to compel (doc. #292). (Doc. #293).

On August 16, 2010, the government filed the instant motion, requesting the court reset the deadline to respond to August 23, 2010. The government in fact filed its response on August 23, 2010. The court grants the motion and finds that the government's submission of the response was timely.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to enlarge time to file a response (doc. #293) is hereby GRANTED.

DATED this 24th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE