# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:07-cr-0014-JCM-RJJ |
| vs ) | |
| RENE OSWALD COBAR, ) | |
| Defendant,. ) | **ORDER** |

Presently before the court is defendant Rene Oswald Cobar's motion to correct a clerical error in this court's order (doc. #318) denying a new trial. (Doc. #323).

After a bench trial, Mr. Cobar was convicted of counts 1, 2, and 4 of the indictment, charging him with conspiracy to import five kilograms or more of cocaine, conspiracy to import one kilogram or more of heroin, and conspiracy to distribute or possess with intent to distribute one kilogram or more of heroin. (Doc. #249). However, this court's previous order (doc. #318) denying Mr. Cobar's motion for a new trial inadvertently stated that Mr. Cobar was tried by jury.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that Mr. Cobar's motion to correct the clerical error in this court's order (doc. #318) at page 1, line 19 (doc. #323) be, and the same hereby is, GRANTED.

. . .

. . .

1   IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that this court's order
2 denying a new trial (doc. #318) be, and the same hereby is, VACATED.  An amended order shall
3 follow.
4   DATED December 27, 2011.

_____
UNITED STATES DISTRICT JUDGE