# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 2:07-cr-0014-JCM-RJJ |
| vs ) | |
| RENE OSWALD COBAR, ) | |
| Defendant,. ) | **ORDER** |

Presently before the court is defendant Rene Oswald Cobar's sealed motion for a copy of court records. (Doc. #328). The government has not responded.

The statute providing authority to proceed *in forma pauperis*, 28 U.S.C. § 1915, does not include the right to obtain court documents without payment. *See id.* Although the Ninth Circuit has not spoken on the issue, courts in other jurisdictions have not allowed plaintiffs proceeding *in forma pauperis* to receive free copies of documents from the court without the plaintiff demonstrating a specific showing of need. *See, e.g., Collins v. Goord,* 438 F.Supp. 2d 399 (S.D.N.Y. 2006); *Guinn v. Hoecker,* 43 F.3d 1483 (10th Cir. 1994) (no right to free copy of any document in record unless plaintiff demonstrates specific need); *In re Richard*, 914 F.2d 1526 (6th Cir. 1990) (28 U.S.C. § 1915 does not give litigant right to have documents copied at government expense); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964) (no free copy of court orders).

. . .

. . .

1    Further, the local rules of practice for this district provide that, "the failure of a moving party to file points and authorities in support of [a] motion shall constitute a consent to the denial of the motion." LCR 47-9.

    Here, defendant has failed to provide this court with any evidence or argument that he cannot prepay the copy fees for the documents he requests. He also has failed to file a memorandum of points and authorities in support of his request.

    Accordingly,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for copies of court records (doc. #328) be, and the same hereby is, DENIED without prejudice.

    DATED this 9th day of March, 2012.


                                            _____
                                            UNITED STATES DISTRICT JUDGE