# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:07-cr-0014-JCM-RJJ |
| vs | ) | |
| | ) | |
| RENE OSWALD COBAR, | ) | |
| Defendant,. | ) | **ORDER** |
| | ) | |

Presently before the court is defendant Rene Oswald Cobar's motion to dismiss indictment (doc. #338) and motion for a copy of court records (doc. #339). The government has not responded.

The court notes that Mr. Cobar was found guilty after a bench trial on February 23, 2009. On November 8, 2010, and again on July 14, 2011, this court denied Mr. Cobar's motion for a new trial. On February 21, 2012, the Ninth Circuit Court of Appeals affirmed the judgment, conviction, and denial of motion for a new trial.

Now, over three years after his conviction Mr. Cobar moves in proper person to dismiss the indictment and also receive copies of court records. This court has already informed Mr. Cobar that because he is represented by counsel, Local Rule IA 10-6(a) requires that he may only appear or act through his attorney. *See* Doc. #330.

At the time Mr. Cobar was represented by Kevin R. Stolworthy. The court's docket reflects that Mr. Stolworthy continues to represent Mr. Cobar. Accordingly, Mr. Cobar is in violation of Local Rule IA 10-6(a).

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Mr. Cobar's motion to dismiss indictment (doc. #338) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that defendant's motion for copies of court records (doc. #339) be, and the same hereby is, DENIED.

DATED April 6, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE