# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:07-cr-0014-JCM-RJJ |
| vs | ) | |
| | ) | |
| RENE OSWALD COBAR, | ) | |
| Defendant,. | ) | **ORDER** |
| | ) | |

Presently before the court is the matter *United States v. Cobar*, case number 2:07-cr-00014-JCM-RJJ. On April 6, 2012, this court entered an order (doc. #341) denying Mr. Cobar's motion to dismiss indictment (doc. #338) and motion for a copy of court records (doc. #339). The court ruled that because its docket reflected that Kevin R. Stolworthy represented Mr. Cobar, the court would not take pro se submissions into consideration. Subsequent to this court's order, the Ninth Circuit of Appeals entered an order stating that Mr. Stolworthy was to be relieved so that Mr. Cobar could conduct further proceedings pro se.

While the Ninth Circuit's order was directed at Mr. Cobar's motion for a new trial, this court finds it prudent to reconsider its holding regarding the motion to dismiss the indictment and for a copy of court records based on the Ninth Circuit's order.

Accordingly,

. . .

. . .

1     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the court's docket be
2 corrected to reflect that attorney Kevin R. Stolworthy is relieved from representation in this matter.
3     IT IS FURTHER ORDERED that the court's docket reflect that Mr. Cobar is proceeding
4 proper person.
5     IT IS FURTHER ORDERED that this court's April 6, 2012, order (doc. #341) be, and the
6 same hereby is, VACATED.
7     IT IS FURTHER ORDERED that the government shall have until, and including, April 26,
8 2012, to file its responses to the motion to dismiss indictment (doc. #338) and motion for a copy of
9 court records (doc. #339).
10    DATED April 13, 2012.

*[signature]*
UNITED STATES DISTRICT JUDGE