1
2
3
4
**UNITED STATES DISTRICT COURT**

5
**DISTRICT OF NEVADA**

6
**\* \* \***

7
UNITED STATES OF AMERICA,                )
                                         )
8
        Plaintiff,                     )                     2:07-cr-0014-JCM-RJJ
                                         )
9
vs                                       )
                                         )
10
RENE OSWALD COBAR,                       )
                                         )
11
        Defendant,.                    )                     **ORDER**
                                         )

12

13
      Presently before the court is defendant Rene Oswald Cobar's ex parte motion for a new trial.

14
Doc. 367.

15
      The local rules of practice for this district provide that, "All *ex parte* motions, applications

16
or requests shall contain a statement showing good cause why the matter was submitted to the court

17
without notice to all parties. . . ."  LCR 47-2.

18
      Here, defendant has failed to provide this court an explanation for his choice to proceed *ex*

19
*parte*.  Further, this court sees no reason why the motion should be adjudicated without notice to the

20
government.

21
      Accordingly,

22
      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion for new

23
trial (doc. #367) be, and the same hereby is, DENIED.

24
      DATED July 5, 2012.

25

26
                                      
UNITED STATES DISTRICT JUDGE

27

28